IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Case No. 2:22-CR-0007 JRG-RSP |
| JOSE MERCED MORENO LARA | § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND FINDING DEFENDANT GUILTY

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge Roy S. Payne regarding Defendant's plea of guilty to Count 1 of the Indictment charging Defendant with a violation of 8 U.S.C. § 1326(a) and (b)(2), illegal reentry following removal. Having conducted a proceeding in the form and manner prescribed by FED. R. CRIM P. 11, the Magistrate Judge recommends that the Court accept the Defendant's guilty plea. The parties waived their right to file objections to the Findings of Fact and Recommendation. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly **ORDERED** that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed February 28, 2023, are hereby **ADOPTED**.

It is further **ORDERED** that, pursuant to defendant's plea agreement, the Court finds Defendant **GUILTY** of Count 1 of the Indictment in the above-numbered cause.

**So ORDERED and SIGNED this 24th day of March, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE